*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAL SGHERZI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KEYPOINT GOVERNMENT SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  CV 12-7148-GW(MRWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety, and without costs or attorneys' fees to any of the parties as against the other.

　　　　IT IS SO ORDERED.

Dated: November 19, 2012　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT